UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

   Plaintiff,

   v.

CURRENCY $49,000, ET AL.,

   Defendant.

_____/

Case No. 20-cv-12527

UNITED STATES DISTRICT COURT
JUDGE GERSHWIN A. DRAIN

## OPINION AND ORDER GRANTING CLAIMANT'S ATTORNEY'S MOTION FOR WITHDRAWAL OF ATTORNEY [#11]

Presently before the Court is Barton W. Morris, Jr., Michael Norman, and The Law Offices of Barton Morris' (collectively, "Claimant's Counsel") unopposed Motion to Withdraw as Counsel for Jamal Stanley ("Claimant"). ECF No. 11. In their Motion, Claimant's Counsel assert that there has been a breakdown in the attorney-client relationship to the extent that they are no longer able to represent Defendants. A hearing on this matter was held on April 15, 2021.

Michigan Rule of Professional Conduct 1.16(b) states that "a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client." In the instant matter, Claimant's Counsel states that Claimant is either unable or unwilling to cooperate with them. *Id.* at PageID.54. They claim that Claimant's failure to cooperate

1

"renders continued representation unreasonably difficult." *Id.* At the hearing, Claimant's Counsel informed the Court that they tried contacting Claimant as recently as Monday, April 12, 2021 to inform him of the Court's hearing on this matter. Claimant failed to respond to this correspondence.[1]

Based on Claimant's Counsel's present Motion and the hearing on April 15, 2021, the Court finds good cause exists to grant the relief requested. The interests of justice will be served by allowing Claimant's Counsel to withdraw at this time because their withdrawal will not cause undue delay with the proceedings nor unfairly prejudice any party.

Accordingly, **IT IS HEREBY ORDERED** that Claimant's Counsel's Motion to Withdraw as Counsel [#11] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties appear before the Court for a Status/Scheduling Conference on <u>Monday, May 17, 2021 at 10:00 a.m.</u>[2] Claimant's appearance at this Status/Scheduling Conference is <u>mandatory</u>. Claimant must inform the Court by this time whether he has retained new counsel to represent him, or whether he will continue in this matter *pro se*.

---

[1] At the hearing, Claimant's Counsel provided the Court with Claimant's contact information to allow the Court to inform Claimant of the mandatory upcoming Status/Scheduling Conference on May 17, 2021.

[2] This Status/Scheduling Conference will resolve Plaintiff's unopposed Motion to Request a Scheduling Conference (ECF No. 12).

2

**IT IS SO ORDERED.**

Dated: April 16, 2021

/s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Jamar Stanley, 85 Rexford Street, Rochester, New York 14621, jamarstanley420@gmail.com, on April 16, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager